UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ILLINOIS EXTENSION PIPELINE
COMPANY, L.L.C.**,

    Plaintiff,

v.

**ELINOR COLE et al,**

    Defendants.                                                   No. **15-cv-694-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion for Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiff's Motion for Judgment entered on February 11, 2016 (Doc. 25), this case is **DISMISSED** with prejudice as to all parties.

                                                       **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                                                       BY:    */s/Caitlin Fischer*
                                                                     **Deputy Clerk**

Dated: February 11, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.02.11
16:30:08 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT